UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff | ] |
| v. | ] |
| | ] CAUSE NO. 3:05-CR-108(01)RM |
| MARIO LORENZO STEWART | ] |
| a/k/a ROOSEVELT STEWART, | ] |
| Defendant | ] |

OPINION and ORDER

On October 24, the defendant moved for additional time to file motions otherwise due on October 24. The court finds good cause shown, and the defendant's motion is GRANTED [Doc. No. 14]. Motions that would have been due on October 24, are now due on October 31, 2005.

SO ORDERED.

ENTERED:   October 25, 2005

　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court

cc:   H. J. Stevens
　　　J. Maciejczyk